UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2025 JAN 28 PM 2:53

MARGARET BOTKINS, CLERK
CASPER

STATE OF WYOMING,

Petitioner,

v.

THE UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,

Respondents, and

CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,

Intervenor-Respondents.

Case No. 1:22-cv-00247-SWS (Lead Case)
Case No. 22-cv-252-SWS (Joined Case)
Case No. 23-cv-001-SWS (Joined Case)

## AMENDED* ORDER GRANTING UNOPPOSED MOTION TO EXTEND REMEDY BRIEF DEADLINES

This matter comes before the Court on the Respondents' Unopposed Motion to Extend Remedy Brief Deadlines (Doc. 76). Having considered the motion, the Court finds that good cause exists for the requested extension and consequently grants the motion.

IT IS THEREFORE ORDERED that the parties shall file supplemental remedy briefing (limited to ten pages) **on or before March 3, 2025**. The parties may then file simultaneous responses (limited to five pages) **on or before March 17, 2025**. Intervenor-Respondents are granted leave to file their own supplemental briefing, if desired, under the same page restrictions and deadlines.

**ORDERED**: January 28th, 2025.

Scott W. Skavdahl
United States District Judge

* Amended to correct response deadline.