D. David DeWald (Wyo. Bar. No. 7-5538)
Deputy Attorney General
Shannon Leininger (Wyo. Bar No. 8-6932)
Assistant Attorney General
Wyoming Attorney General's Office
109 State Capitol
Cheyenne, WY 82002
(307) 777-7895 (phone)
(307) 777-3542 (fax)
david.dewald@wyo.gov
shannon.leininger@wyo.gov

*Attorneys for Petitioner State of Wyoming*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| STATE OF WYOMING, | |
| Petitioner, | Civil No.: 1:22-cv-00247-SWS (Lead Case) |
| v. | |
| THE UNITED STATES DEPARTMENT OF INTERIOR; DEBRA ANNE HAALAND, in her official capacity as Secretary of Interior; THE BUREAU OF LAND MANAGEMENT; and THE UNITED STATES FOREST SERVICE, | **VOLUNTARY MOTION TO DISMISS WITHOUT PREJUDICE** |
| Respondents, | |
| and | |
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, | |
| Intervenor-Respondents. | |
| WESTERN ENERGY ALLIANCE, *et al.*, | |
| Petitioners, | Civil No.: 1:22-cv-00252-SWS (Joined Case) |
| v. | |
| DEB HAALAND, in her official capacity as Secretary of Interior, *et al.*, | |

|  |  |
|---|---|
| Respondents,<br><br>and<br><br>CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>    Intervenor-Respondents. |  |
| WESTERN ENERGY ALLIANCE, *et al.*,<br><br>    Petitioners,<br><br> v.<br><br>DEB HAALAND, in her official capacity as Secretary of Interior, *et al.,*<br><br>    Respondents,<br><br>and<br><br>CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>    Intervenor-Respondents. | Civil No.: 1:23-cv-00001-SWS (Joined Case) |

The State of Wyoming (State) moves to dismiss this action without prejudice pursuant to F.R.C.P. 41(a)(2). In support of this request, the State declares as follows:

1. On December 31, 2024, this Court partially granted the State's summary judgment motion. (ECF No. 75). In that order, this Court requested that the parties file supplemental briefing on the appropriate remedy in light of the Court's determination concerning the Q3 2022 lease sale. (*Id.* at 34).

2. The parties extended the remedy briefing and discussed potential solutions. (*See, e.g.,* ECF No. 84).

3. On July 4, 2025, the One Big Beautiful Bill (OBBBA) amended the Mineral Leasing Act. This marked a significant change in the Bureau's duties under the Mineral Leasing Act. One of the purposes of this amendment was to force the Bureau to reinstate quarterly oil and gas lease sales. *See, e.g.,* H.R. REP. NO. 119-106, at 2006 (2025).

4. The OBBBA eliminates the Bureau's discretion to avoid quarterly lease sales. The Bureau "shall conduct a minimum of 4 oil and gas lease sales of available land" in Wyoming. 139 Stat. 72, Sec. 50101(c)(1). If it fails to do so, a replacement lease sale must be conducted within the same fiscal year. *Id.* at (c)(3).

5. The OBBBA also reduces the Bureau's discretion by defining "eligible" and "available." At the time of this Court's decision, these terms were undefined by Congress, so the Bureau's interpretation controlled. Now, "eligible" means "all lands that are subject to leasing under this Act and are not excluded from leasing by a statutory prohibition." Sec. 50101(b)(3). And "available" means "those lands that have been designated as open for leasing under a land use plan … and that have been nominated for leasing through the submission of an expression of interest, are subject to drainage in the absence of leasing,

or are otherwise designated as available pursuant to regulations adopted by the Secretary."

*Id.*

6. The Bureau has shown its willingness to comply with these crucial provisions by having a replacement sale at the end of December.

7. As the Bureau is required to conduct at least four lease sales a year and its discretion on "available" and "eligible" has been constrained, the State's harms have been adequately remedied. Thus, the State respectfully requests that this Court dismiss the instant action without prejudice.

8. Pursuant to U.S.D.C.L.R. 7.1(b)(1)(A), the State has conferred with the parties and the federal defendants do not oppose. Defendant-Intervenors state that they believe dismissal should be with prejudice and they do not endorse Wyoming's interpretation of the One Big Beautiful Bill Act, but do not oppose Wyoming's motion. Western Energy Alliance also does not oppose the dismissal.

WHEREFORE, the State respectfully requests that this Court dismiss this action without prejudice, with each party to pay its own costs.

[Remainder of Page Left Blank]

Dated this 19th day of February, 2026.

                                        /s/ *Shannon Leininger*
                                        D. David DeWald (Wyo. Bar. No. 7-5538)
                                        Deputy Attorney General
                                        Shannon Leininger (Wyo. Bar No. 8-6932)
                                        Assistant Attorney General
                                        Wyoming Attorney General's Office
                                        109 State Capitol
                                        Cheyenne, WY 82002
                                        (307) 777-7895 (phone)
                                        (307) 777-3542 (fax)
                                        david.dewald@wyo.gov
                                        shannon.leininger@wyo.gov

                                        *Attorneys for Petitioner State of Wyoming*

**CERTIFICATE OF SERVICE**

    I certify that on this 19th day of February 2026, I electronically filed the foregoing with the Clerk of the U.S. District Court for the District of Wyoming and served all parties using the CM/ECF system.

                                             /s/*Shannon Leininger*
                                             Shannon Leininger